# United States Court of Appeals
## For the First Circuit

No. 16-1463

UNITED STATES OF AMERICA,

Appellee,

v.

ROSA E. CASTRILLÓN-SÁNCHEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on June 28, 2017, is amended as follows:

On page 6, line 17: "addition" is replaced with "addiction"